UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2003 SEP 10 AM 11:57
CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

STEVEN M. GOURLAY and
CORINNA K. DELAWTER-GOURLAY,

    Plaintiffs,

vs.                                  CASE NO: 8:02-CV-1955-T-30-30 EAG

FOREST LAKE ESTATES CIVIC
ASSOCIATON OF PORT RICHEY,
INC., and WALTER A. LUCAS,

    Defendants.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's mediation order, a mediation conference was held on September 5, 2003, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__  All individual parties and their respective trial counsel.

    _____  Designated corporate representatives.

    _____  Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____



    (c)    The outcome of the mediation conference was:

__X__ The case has been completely settled. ~~In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference~~.  *GWS*

_____ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____

_____ The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____ The parties have reached an impasse.

Done this __8th__ day of September, 2003, in Tampa, Florida.

_____
Signature of Mediator
GUY W. SPICOLA
Florida Bar No. 076636
Suite 100
3111 W. Dr. Martin L. King Jr. Blvd.
Tampa, FL 33607
(813) 350-7959
(813) 269-5767 fax

cc: Matthew J. Moore, Esq.
cc: Randall C. Marshall, Esq.
cc: Donald R. Peyton, Esq.
cc: Gregory D. Jones, Esq.
cc: The Honorable James S. Moody, Jr.
cc: Mediation Services