UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

03 SEP 11 PM 3: 37

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

STEVEN M. GOURLAY and
CORINNA K. DELAWTER-GOURLAY

CASE NO.: 8:02-CV-1955-T-30EAJ

       Plaintiffs,

vs.

FOREST LAKE ESTATES CIVIC
ASSOCIATION OF PORT RICHEY, INC., et al.

       Defendants.
_____/

### STIPULATION AND JOINT MOTION FOR WITHDRAWAL AND VACATION OF THIS COURT'S ORDER (DKT. No. 60) ON FLECA'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

      All parties to this case stipulate and jointly move this Court to vacate and withdraw its Order entered on August 8, 2003 (Dkt. 60) granting in part and deferring in part Defendant Forest Lake Estates Civic Association of Port Richey, Inc.'s ("FLECA") Dispositive Motion for Summary Judgment and Memorandum of law in Support Thereof.

      Wherefore, the parties respectfully request that this Court enter an order withdrawing and vacating this Court's Order dated August 8, 2003 (Dkt. 60), granting in part and deferring in part FLECA's Dispositive Motion for Summary Judgment.

                                      Respectfully submitted,

                                      STEVEN AND CORINNA GOURLAY
                                      By and through their attorneys,
                                      **SHOOK, HARDY & BACON, L.L.P.**

                                      Matthew J. Moore, Esq.
                                      Florida Bar No. 476587

30214v1

1

**Paul W. Rebein, Esq.**
Florida Bar No. 488003
**Paul M. Quin, Esq.**
Florida Bar No. 0477745
100 North Tampa Street, Suite 2900
Tampa, Florida 33602
Telephone: (813) 202-7100

**Randall C. Marshall, Legal Director**
American Civil Liberties Union Foundation
of Florida, Inc.
Florida Bar No. 181765
4500 Biscayne Boulevard – Suite 340
Miami, Florida 33137-3127
Telephone: (305) 576-2237/
Facsimile: (305) 576-1106

**FOREST LAKE ESTATES CIVIC**
**ASSOCIATION OF PART RICHEY,**
**INC.**
By and through its attorneys,
**RYWANT, ALVEREZ, JONES, RUSSO**
**& GUYTON, P.A.**

_____
Gregory David Jones, Esq.
Fl. Bar No. 372285
Carmen Alpizar, Esq.
Fl. Bar No. 0096830
109 N. Brush Street, Suite 500
Tampa, Florida 33602
(813) 229-7007

Donald R. Peyton, Esq.
Fl. Bar No. 516619 Peyton Law Firm, P.A.
~~Law Office of Donald R. Peyton~~
7317 Little Road
New Port Richey, FL 34654

30214v1

2

WALTER A. LUCAS
By and through his attorney,
~~LAW OFFICE OF~~
~~DONALD R. PEYTON~~
PEYTON LAW FIRM, P.A.

_____
Donald R. Peyton, Esq.
Fl. Bar No. 516619
7317 Little Road
New Port Richey, FL 34654

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by facsimile and U.S. Mail this 11th day of September, 2003 to Donald R. Peyton, Peyton Law Firm, P.A., 7317 Little Road, New Port Richey, FL 34654 and Gregory D. Jones and Carmen Alpizar, Rywant, Alvarez, Jones, Russo & Guyton, P.A., 109 Brush Street, #500, Tampa, FL 33602.

_____
Attorney

3

30214v1