...

FILED

2003 SEP 16 AM 10: 11

CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STEVEN M. GOURLAY and
CORRINNA K. DELAWTER-GOURLAY,

    Plaintiffs,

v.                                      Case No. 8:02-cv-1955-T-30TGW

FOREST LAKE ESTATES CIVIC
ASSOCIATION OF PORT RICHEY,
INC., and WALTER A. LUCAS,

    Defendants.

_____

### ORDER OF DISMISSAL

This case came before this Court upon the Stipulation and Joint Motion for Withdrawal and Vacation of this Court's Order on FLECA's Dispositive Motion for Summary Judgment (Dkt. #64). This Court has also been advised by Mediator Guy Spicola that the above-styled action has been settled if this Court grants the Stipulation and Joint Motion. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is **ORDERED** and **ADJUDGED** that:

    1.     The Stipulation and Joint Motion (Dkt. #64) is **APPROVED** and **GRANTED**.

    2.     This cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown.* After that 60-day period, however, dismissal shall be with prejudice.

2. This Court's Order (Dkt. #60) entered on August 8, 2003, is **VACATED**.

3. All pending motions, if any, are **DENIED** as moot.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on this ___16___ day of September, 2003.

```
                                         _____
                                         JAMES S. MOODY, JR.
                                         UNITED STATES DISTRICT JUDGE
```

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2002\02-cv-1955 Gourlay\dismissal.order.wpd

```
                        F I L E   C O P Y

Date Printed: 09/17/2003


Notice sent to:

             ___   Matthew J. Moore, Esq.
                   Shook, Hardy & Bacon, L.L.P.
                   100 N. Tampa St., Suite 2900
                   P.O. Box 898
                   Tampa, FL  33602-5810

                   8:02-cv-01955     rm

             ___   Paul W. Rebein, Esq.
                   Shook, Hardy & Bacon, L.L.P.
                   100 N. Tampa St., Suite 2900
                   P.O. Box 898
                   Tampa, FL  33602-5810

                   8:02-cv-01955     rm

             ___   Paul M. Quin, Esq.
                   Shook, Hardy & Bacon, L.L.P.
                   100 N. Tampa St., Suite 2900
                   P.O. Box 898
                   Tampa, FL  33602-5810

                   8:02-cv-01955     rm

             ___   Randall C. Marshall, Esq.
                   American Civil Liberties Union
                   Foundation of Florida, Inc.
                   4500 Biscayne Blvd., Suite 340
                   Miami, FL  33137

                   8:02-cv-01955     rm

             ___   Donald R. Peyton, Esq.
                   Law Office of Donald R. Peyton
                   7317 Little Road
                   New Port Richey, FL  34654

                   8:02-cv-01955     rm

             ___   Gregory David Jones, Esq.
                   Rywant, Alvarez, Jones, Russo & Guyton, P.A.
                   109 N. Brush St., Suite 500
                   P.O. Box 3283
                   Tampa, FL  33601

                   8:02-cv-01955     rm

             ___   Carmen Alpizar, Esq.
                   Rywant, Alvarez, Jones, Russo & Guyton, P.A.
                   109 N. Brush St., Suite 500
```

P.O. Box 3783
Tampa, FL 33601

8:02-cv-01955    rm